IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LESTER ALLISON**                                                                                          **PLAINTIFF**

v.                            Case No. 3:14-cv-00137-KGB-JJV

**POINSETT COUNTY JAIL**                                                                       **DEFENDANT**

## ORDER

Plaintiff Lester Allison has not responded to the Court's May 30, 2014, Order directing him to pay the $400 filing fee for this action or file a new application to proceed with prepayment of fees with the necessary financial information within thirty days of the date of that Order (Dkt. No. 3).  Local Rule 5.5(c)(2) provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. . . .  If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

Therefore, the Court dismisses Mr. Allison's complaint without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute.  An appropriate Judgment shall accompany this Order.

SO ORDERED this the 15th day of July, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE