# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LESTER ALLISON**                                                                                  **PLAINTIFF**

**v.**                            **Case No. 3:14-cv-00137-KGB-JJV**

**POINSETT COUNTY JAIL**                                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed without prejudice for failure to prosecute. The relief sought is denied.

SO ADJUDGED this the 15th day of July, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE